Submitted on record and briefs·December 26, 1991, appeal dismissed February 12, 1992

## RONNIE DANSBY,
*Appellant,*

*v.*

## John GRILL,
*Respondent.*

(91C10529; CA A69207)

823 P2d 1052

Ronnie Dansby, Portland, filed the brief *pro se* for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Ann Kelley, Assistant Attorney General, Salem, filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.